UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                         :

CHANDRAKALLI SUKHANDAN, *et al.*,
                         :       12 Civ. 4216 (WHP)

          Plaintiffs,        :       ORDER FOR INITIAL
                                PRETRIAL CONFERENCE
         -against-           :

ROYAL HEALTH CARE OF         :
LONG ISLAND LLC,
                          :
         Defendant.
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/12

WILLIAM H. PAULEY III, District Judge:

         This action has been assigned to District Judge William H. Pauley III for all

purposes. Counsel are directed to appear in Courtroom 11D at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York on September 14, 2012 at

10:30 a.m. for an initial pretrial conference with the Court for the purpose of discussing

settlement, exploring contemplated motions, stipulating facts, narrowing issues, fixing a

discovery schedule, and setting a date for trial. If you are proceeding pro se (without an

attorney), you are required to appear personally at this conference.

         Counsel are further directed to confer with each other prior to the conference

regarding all of the subjects to be considered pursuant to Rule 26(f) of the Federal Rules of Civil

Procedure and to file a written report outlining their discovery plan pursuant to that Rule. The

written report must be filed at least seven (7) days prior to the initial pretrial conference with the

Court. The parties shall send courtesy copies of that report and all pleadings to the United States

-1-

Courthouse, Chambers 2210, 500 Pearl Street, New York, New York, 10007.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is received by Chambers prior to the date of the conference.

All conferences with the Court are scheduled for a specific time. There is no other matter scheduled for that time, and counsel are directed to appear promptly.

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must: (a) specify the reasons for the adjournment; (b) state whether the other parties have consented; and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

All subsequent Orders of this Court shall be issued through the Southern District of New York's Electronic Case Filing ("ECF") system. The parties shall file all pleadings electronically via the ECF system, and promptly provide this Court with a complete courtesy copy of the filed papers. All counsel shall register as filing users in accordance with the Southern District's Procedures for Electronic Case Filing at least seven (7) days prior to the initial pretrial conference with the Court.

You are directed to: (a) serve copies of this Order upon all attorneys in this action and any parties who have not appeared through counsel; and (b) retain proof of such service.  If you are unaware of the identity of counsel for any of the parties, then send a copy of the notice to that party personally.

Dated: June 5, 2012
          New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Troy L. Kessler, Esq.
Marijana F. Matura, Esq.
Shulman Kessler LLP
510 Broadhollow Road
Melville, NY 11747

Ilan Weiser, Esq.
Shulman Rogers Gandal Pordy & Ecker, Pa
12505 Park Potomac Ave.
Rockville, MD 20854
*Counsel for Plaintiffs*