

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
Chandrakalli Sukhnandan, Farhana Akter, and
Tara Singh-Paltoo, on behalf of themselves
and all others similarly situated,
                      Plaintiffs,
    -against-

Royal health Care of Long Island, LLC, d/b/a
Royal Health Care
                 Defendant.
------------------------------------------------------x

Affidavit of Service of
Summons In A Civil Action
And Class Action Complaint

File No. 12 CV 4216
Filed on May 29, 2012

State of New York, County of Nassau; ss

Gerard A. Geisweller, being duly sworn, deposes and says that I am over the age of eighteen, that I reside in Long Beach, NY, and that I am not a party to this action;
that on June 22nd, 2012 at 2:45 P.M. at 521 Fifth Avenue, 3rd Fl., New York, NY, 10143, I served the within **Summons in a Civil Action and Class Action Complaint** bearing the above index number and the date of filing, on **Royal Health Care of Long Island, LLC, d/b/a Royal Health Care, a domestic corporation,** the defendant therein named, by delivering to and leaving with **Mr. Julio Logrono**, a manager and person authorized to accept service on behalf of the defendant, a true copy of said Summon and Complaint..
Mr. Julio Logrono is described as a male hispanic, brown skin, black hair, 6"3" in height, 160 lbs and approximately 30-35 years of age.

                                                        Gerard A. Geisweller

Sworn to before me on June 22nd, 2012

Notary Public-State of New York

JAMES M. McDERBY
Notary Public, State of New York
No. 05MC6110794
Qualified in Nassau County
Commission Expires June 1, 20__