Pauley, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/12

------------------------------------------------------------x

CHANDRAKALLI SUKHNANDAN,
FARHANA AKTER, and TARA SINGH-
PALTOO, on behalf of themselves and all
others similarly situated,

                       Plaintiffs,

        -against-                            Civ. No.: 12-CV-04216 (WHP)

ROYAL HEALTH CARE OF LONG
ISLAND LLC d/b/a ROYAL HEALTH
CARE,

                       Defendant.

------------------------------------------------------------x

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiffs CHANDRAKALLI SUKHNANDAN, FARHANA AKTER and TARA SINGH-PALTOO ("Plaintiffs") and Defendant, sued herein as ROYAL HEALTH CARE OF LONG ISLAND LLC d/b/a ROYAL HEALTH CARE ("Defendant"), through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendant to answer, move, or otherwise respond to the Complaint in this matter is extended to August 13, 2012;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their undersigned attorneys, who are authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline of July 13, 2012 have been made.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/10/12

| | |
|---|---|
| SHULMAN KESSLER LLP<br>*ATTORNEYS FOR PLAINTIFFS and the*<br>*Putative FLSA Collective and New York Classes*<br>510 Broadhollow Rd., Ste. 110<br>Melville, New York 11747<br>(631) 499-9100 | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANT*<br>One North Broadway, 15th Fl.<br>White Plains, New York 10601<br>(914) 328-0404<br><br>58 South Service Rd., Ste. 410<br>Melville, NY 11747<br>(631) 247-0404 |
| By: _____<br>TROY L. KESSLER, ESQ.<br>MARIJANA F. MATURA, ESQ.<br>ILAN WEISER, ESQ.<br><br>Dated: July 10, 2012 | By: _____<br>JONATHAN M. KOZAK, ESQ.<br>NOEL P. TRIPP, ESQ.<br><br>Dated: July 10, 2012 |

SO ORDERED on this _____ day of July, 2012

_____
United States District Judge