**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212)300-0375

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHANDRAKALLI SUKHNANDAN, FARHANA AKTER, and TARA SINGH-PALTOO**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>**ROYAL HEALTH CARE OF LONG ISLAND LLC d/b/a ROYAL HEALTH CARE,**<br><br>Defendants. | No. 12-CV-4216 (WHP) (RLE)<br><br>**NOTICE OF APPEARANCE** |

Brian S. Schaffer, Esq., of Fitapelli & Schaffer, LLP, hereby files this Notice of Appearance as counsel for Plaintiffs. All notice papers that are given or required to be served in this case shall be given to and served upon:

> Brian S. Schaffer, Esq. (BSS 7548)
> Fitapelli & Schaffer, LLP
> 475 Park Avenue South, 12th Floor
> New York, New York 10016
> Telephone:    (212) 300-0375
> Facsimile:    (212) 481-1333
> e-mail:    bschaffer@fslawfirm.com

Dated:  New York, New York
          July 16, 2012

>          FITAPELLI & SCHAFFER, LLP
>          Attorneys for Plaintiffs
>
>          By: /s/ Brian S. Schaffer
>          Brian S. Schaffer