**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212)300-0375

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **CHANDRAKALLI SUKHNANDAN, FARHANA AKTER, and TARA SINGH-PALTOO, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**- against –**<br><br>**ROYAL HEALTH CARE OF LONG ISLAND LLC d/b/a ROYAL HEALTH CARE,**<br><br>**Defendants.** | **No. 12-CV-4216 (WHP) (RLE)**<br><br>**NOTICE OF APPEARANCE** |

Eric J. Gitig, Esq., of Fitapelli & Schaffer, LLP, hereby files this Notice of Appearance as counsel for Plaintiffs. All notice papers that are given or required to be served in this case shall be given to and served upon:

Eric J. Gitig, Esq. (EG 7399)
Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone:      (212) 300-0375
Facsimile:      (212) 481-1333
e-mail:          egitig@fslawfirm.com

Dated:  New York, New York
          July 16, 2012

FITAPELLI & SCHAFFER, LLP
Attorneys for Plaintiffs

By: /s/ Eric J. Gitig
Eric J. Gitig