UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
One North Broadway, 15th Fl.
White Plains, New York 10601
(914) 328-0404

ATTORNEYS OF RECORD:
    JONATHAN KOZAK, ESQ.
    NOEL P. TRIPP, ESQ.

---------------------------------------------------------------x

CHANDRAKALLI SUKHNANDAN,
FARHANA AKTER, and TARA SINGH-
PALTOO, on behalf of themselves and all
others similarly situated,

                              Plaintiffs,

    -against-                            Civ. No.: 12-CV-04216 (WHP)

ROYAL HEALTH CARE OF LONG
ISLAND LLC d/b/a ROYAL HEALTH
CARE,

                              Defendant.

---------------------------------------------------------------x

## DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT

        Pursuant to Local Rule 7.1.1 of the Southern District of New York and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant "ROYAL HEALTH CARE OF LONG ISLAND LLC d/b/a ROYAL HEALTH CARE" ("Royal") hereby certifies that Defendant is a privately held corporation, is not a governmental entity, and no parent corporation or publicly held corporation owns 10% or more of the stock of Royal.

Dated: Melville, New York
       August 10, 2012

                                      Respectfully submitted,

                                      JACKSON LEWIS LLP
                                      *ATTORNEYS FOR DEFENDANTS*
                                      One North Broadway, 15th Fl.
                                      White Plains, New York 10601
                                      (914) 328-0404

                          By:    _____
                                      JONATHAN KOZAK, ESQ.
                                      NOEL P. TRIPP, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, **DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT** was served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

TROY L. KESSLER, ESQ.
MARIJANA F. MATURA, ESQ.
ILAN WEISER, ESQ.
SHULMAN KESSLER, LLP
*ATTORNEYS FOR PLAINTIFFS*
*And the Putative FLSA Collective and New York Classes*
510 Broadhollow Road, Suite 110
Melville, New York  11747

BRIAN S. SCHAFFER, ESQ.
ERIC J. GITIG, ESQ.
FITAPELLI & SCHAFFER, LLP
*ATTORNEYS FOR PLAINTIFFS*
475 Park Avenue South, 12th Floor
New York, NY 10016

_____
NOEL P. TRIPP, ESQ.

4831-4828-0592, v. 1