UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHANDRAKALLI SUKHNANDAN,
FARHANA AKTER, and TARA SINGH-
PALTOO, on behalf of themselves and all
others similarly situated,

                      Plaintiffs,

      -against-

ROYAL HEALTH CARE OF LONG
ISLAND LLC d/b/a ROYAL HEALTH
CARE,

                      Defendant.

------------------------------------------------------------X

Civ. No.: 12-CV-04216 (WHP)

**CONSENT TO JOIN FORM**

      1.      I consent to be a party plaintiff in a lawsuit against Royal Health Care of Long Island LLC, in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      2.      By signing and returning this consent form, I hereby designate representative Plaintiffs Sukhnandan, Akter and Singh-Paltoo, and Plaintiffs' attorneys Shulman & Kessler LLP and Fitapelli & Schaffer LLP ("Plaintiffs' Attorneys") to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf by the representative Plaintiffs and Plaintiffs' attorneys. I understand that reasonable costs expended by Plaintiffs' Attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Attorneys will petition the Court to award them attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____
Signature

Celeste Dalton
_____
Print

10/23/2012
_____
Date