# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

EMAIL ADDRESS: NOEL.TRIPP@JACKSONLEWIS.COM
DIRECT DIAL: (631) 247-4661

*through an affiliation with Jackson Lewis P.C., a Law Corporation

March 18, 2019

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Chief U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

[Handwritten: 3/25/2019 — I need a copy of the agreement / settlement. It is not docketed. Please send to my ASAP attention.]

COURTESY COPY
(Original Filed Via ECF)

Re: *Chandrakalli Sukhnandan, et al. v. Royal Health Care of Long Island LLC*
Civil Case No.: 12-CV-04216

Dear Chief Judge McMahon:

As counsel for Defendant in the above-referenced action, we write together with counsel for Plaintiffs further to now-retired Magistrate Ellis' Order granting final approval of the class action settlement in this matter (DKT 199) and the Joint Stipulation of Settlement and Release itself (DKT 187-1) to request the Court "so order" this letter and approve the parties' proposed disposition of the *cy pres* funds remaining. The parties consented to Magistrate Ellis' jurisdiction in June 2013, and His Honor presided over the settlement approval process. Dkt. Nos. 183, 184, 190 and 199. In light of his retirement, we direct this request to Your Honor as Chief Judge.

Pursuant to Paragraph 3.4(F) of the Joint Stipulation of Settlement and Release (Dkt. 187-1 at page 11), the parties have conferred and agree that the balance in the settlement fund should be awarded to a *cy pres* beneficiary. Specifically, the parties have agreed that the *cy pres* balance should be distributed to the Wounded Warriors reemployment project. A so ordered block is below for the Court's convenience, and the parties are available to answer any questions the Court may have.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/19

Respectfully submitted,

JACKSON LEWIS P.C.

Noel P. Tripp

NPT:dc

SO ORDERED THIS _____ DAY OF _____, 2019.

_____
Hon. Colleen McMahan
Chief District Judge

4830-6738-9832, v. 2